

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CASE No. 2:14CR 38 |
| v. | : |
| | : |
| | : JUDGE Smith |
| BRIAN K. BOONE | : 18 U.S.C. § 2423(b) |
| | : 18 U.S.C. § 2428(a)(1) and (b)(1)(A) |

**INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**

On or about October 20, 2013, the defendant, **BRIAN K. BOONE**, did travel in interstate commerce from Imperial, Pennsylvania to Toronto, Ohio, within the Southern District of Ohio, for the purpose of engaging in any illicit sexual conduct with another person, namely, a sexual act (as defined in Title 18, United States Code, Section 2246) with a person under 18 years of age that would be in violation of Chapter 109A of Title 18, United States Code, had the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

In violation of 18 U.S.C. § 2423(b).

## FORFEITURE A

The allegations of Count One of this Information are hereby incorporated by reference as part of this Count as if fully rewritten herein for purposes of alleging forfeitures to the United States of America pursuant to the provisions of 18 U.S.C. § 2428.

As a result of the offense alleged in Count One of this Information, and upon conviction thereof, Defendant **BRIAN K. BOONE** shall forfeit to the United States:

(a) all property used and intended to be used to commit and to promote the commission of the aforementioned violation, including the following:

1. One HP desktop computer, serial number MXX9410GZ4;
2. One Compaq laptop computer, serial number CND6512X9;
3. One Western Digital external hard drive, serial number WQAU43870481;
4. One TomTom GPS system;
5. One AT&T cellular phone, model Z431; and
6. Seventeen CDs and DVDs.

In violation of 18 U.S.C. § 2428(a)(1) and (b)(1)(A).

CARTER M. STEWART
UNITED STATES ATTORNEY

*(signature)*

GARY L. SPARTIS
Columbus Branch Chief
Assistant United States Attorney

2