IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

VS.  Case No. 2:10-cr-104  2:14CR38
Judge Smith

BRIAN K. BOONE,

## GOVERNMENT'S PLEA AGREEMENT SUBMISSION OF ELEMENTS AND PENALTIES FOR 18 U.S.C. § 2423(b)

### 1. ELEMENTS: 18 U.S.C. § 2423(b)

First: That the defendant traveled in interstate commerce;

Second: That the defendant's purpose in traveling in interstate commerce was to engage in elicit sexual conduct, as defined by 18 U.S.C. § 2423(f)(1), with an individual he believed was younger than 18 years of age;

Third: That the intended illicit sexual conduct would have been a violation of federal criminal law if it had been committed within the special maritime and territorial jurisdiction of the United States; and

Fourth: That such acts occurred in whole or in part at or about the time alleged in the Southern District of Ohio.

### 2. PENALTIES:

A. Mandatory Minimum: None

B. Possible Maximum: 30 years in prison, a fine of $250,000, 5 years to life supervised release, and $100 special assessment.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

HEATHER A. HILL (6291633)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614)469-5715
Fax: (614)469-5653
Heather.Hill@usdoj.gov