UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

      Plaintiff,

vs.

Brian K. Boone,

      Defendant.

Case Number 2:14-cr-38
Judge George C. Smith
Magistrate Judge Elizabeth A. Preston Deavers

**CONSENT TO PLEAD GUILTY BEFORE A U.S. MAGISTRATE JUDGE**

Under the provisions of 28 U.S.C. § 636 (b) (3) the undersigned party consents to plead guilty before a U.S. Magistrate Judge.

_____
Defendant

_____
Trial Attorney